Cornelia MORRIS, Plaintiff—Appellant,

v.

John E. POTTER, Postmaster General; United States of America, Defendants—Appellees,

and

Darryl Garner, Defendant.

No. 05–2153.

United States Court of Appeals, Fourth Circuit.

Submitted: May 5, 2006.

Decided: June 5, 2006.

Cornelia Morris, Appellant Pro Se. Joan Brodish Binkley, Office of the United States Attorney, Greensboro, North Carolina, for Appellees.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cornelia Morris appeals the magistrate judge's order granting the Defendants' motion to dismiss her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *See Morris v. Potter,* No. CA–04–858 (M.D.N.C. Sept. 30, 2005).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).